Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK GOOCH,** | Case No. |
| **Plaintiff,** | 2:17-cv-02344-JAM-DMC |
| vs. | **NOTICE OF SETTLEMENT** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION;** and DOES 1 – 10 inclusive, | |
| **Defendant.** | |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** October 23, 2018         **Law Offices of Todd M. Friedman, P.C.**

                                                                By: s/ Adrian R. Bacon
                                                                Adrian R. Bacon, Esq.

Notice of Settlement - 1

# **CERTIFICATE OF SERVICE**

Filed electronically on OCTOBER 23 2018, with:

United States District Court CM/ECF system

Notification sent electronically on OCTOBER 23 2018, to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
