Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GOOCH, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) 2:17-cv-02344-JAM-DMC |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 – 10 inclusive, | ) **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

Respectfully submitted December 14th , 2018

By: s/Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/   SU, NICOLE
SU, NICOLE
Attorney for Defendant

Stipulation to Dismiss- 1

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: December 14th, 2018

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/Todd M. Friedman_
      **TODD M. FRIEDMAN, ESQ.**
      **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

Filed electronically on December 14th, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on December 14th, 2018 to:

To the Honorable Court, all parties and their Counsel of Record

s/Todd M. Friedman
  Todd M. Friedman