# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK GOOCH, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:17-cv-02344-JAM-DMC |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 – 10 inclusive, | ) ) ) | **Order to dismiss** |
| | ) | |
| Defendant. | ) | |
| | ) ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

DATED: 12/14/2018

/s/ John A. Mendez_____
United States District Court Judge